# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

**MEMO ENDORSED**

> Application GRANTED.
>
> The conference scheduled for December 19, 2023, at 2:30 p.m. EST is ADJOURNED to **January 23, 2024, at 11:30 a.m. EST**. The parties shall join the conference by dialing (646) 453 - 4442 and entering the conference ID: 560 855 253, followed by the pound sign (#). The status letter and case management plan (ECF No. 7) are due by **January 16, 2024**. Plaintiff shall serve this order on Defendants via Federal Express and file proof of service on the docket by **December 20, 2023**.
>
> The Clerk of Court is respectfully directed to close the motion at ECF No. 10.
>
> So Ordered.
>
> /s/ Dale E. Ho
> Dale E. Ho
> United States District Judge
> Dated: December 13, 2023
> New York, New York

December 12, 2023

<u>VIA CM/ECF</u>
Honorable Judge Dale E Ho
United States District Court
Southern District of New York
40 Foley Square - Courtroom 905
New York, NY 10007

**Re: Velasquez v. Only NY Store LLC, et al.
      Case 1:23-cv-09062-DEH**

Dear Judge Ho:

The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for December 19, 2023, at 2:30 p.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter, having been properly served through the Secretary of State [D.E. 8 & D.E. 9]. In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

Thank you for your consideration of this first adjournment request.

Sincerely,

By: /S/ B. Bradley Weitz
    B. Bradley Weitz, Esq. (BW9365)
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile:  (305) 704-3877
    Email: bbw@weitzfirm.com